STATE OF NEW JERSEY v. BARRY WILLIAMSON.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY JOHN MCMASTERS.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN H. LEE.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD MCEWEN, III.

May 7, 1985.

Petition for certification denied.